FILED  
United States Court of Appeals  
Tenth Circuit  

June 6, 2025  

Christopher M. Wolpert  
Clerk of Court  

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

STATE OF KANSAS,

    Plaintiff - Appellee,

v.

PFIZER INC.,

    Defendant - Appellant.

No. 25-3085  
(D.C. No. 6:24-CV-01128-DDC-BGS)  
(D. Kan.)

_____

**ORDER**
_____

Appellee has filed a "Motion to Vacate the District Court's Order Staying the Remand Order Pending Appeal." We require a response. Appellant must respond to the motion on or before June 16, 2025. Appellee may file an optional reply within five days after the response is filed.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk