UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

State of Kansas

v.                                                                Case No. 25-3085

Pfizer Inc.

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Pfizer Inc.
                                    [Party or Parties][1]

_____

Appellant_____, in the above-captioned case(s).
          [Appellant/Petitioner or Appellee/Respondent]


Jake L. Kramer                                             _____
Name of Counsel                                            Name of Counsel

/s/ Jake L. Kramer                                         _____
Signature of Counsel                                       Signature of Counsel

2001 K Street, NW
Washington, DC 20006
(202) 223-7320                                             _____
Mailing Address and Telephone Number                       Mailing Address and Telephone Number

jkramer@paulweiss.com                                      _____
E-Mail Address                                             E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

X    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

June 30, 2025
Date

/s/ Jake L. Kramer
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

        On _____ I sent a copy of this Entry of Appearance Form to:
                  [date]

_____

at_____,

the last known address/email address, by _____.
                                                      [state method of service]

June 30, 2025_____
Date

/s/ Jake L. Kramer_____
Signature