FILED
United States Court of Appeals
Tenth Circuit

September 3, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

STATE OF KANSAS,

    Plaintiff - Appellee,

v.

PFIZER INC.,

    Defendant - Appellant.

No. 25-3085
(D.C. No. 6:24-CV-01128-DDC-BGS)
(D. Kan.)

_____

**ORDER**
_____

Before **PHILLIPS** and **ROSSMAN**, Circuit Judges.
_____

On August 20, 2025, Judges Carson and Rossman issued an order ("Order") denying the State of Kansas' *Motion to Vacate the District Court's Order Staying the Remand Order Pending Appeal* and granting Pfizer Inc.'s *Opposed Motion of Appellant to Hold the Appeal in Abeyance*. After the Order issued, Judge Carson discovered a financial conflict of interest that existed at the time he participated in the issuance of the Order and determined that he should recuse.

In light of the foregoing, the Order is VACATED. The aforementioned motions and related responses and replies have been resubmitted to a panel of judges that does not include Judge Carson. That panel has considered the motions with no deference to the

original panel's prior order and will issue a new ruling on the motions. The new ruling on the motions will be issued *nunc pro tunc* to the date the original Order was filed.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk